UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT M. STEWARD,

    Petitioner,

v.

CLARK E. DUCART,

    Respondent.

Case No. 17-cv-01030-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges convictions he received in the Sacramento County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 7, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT M. STEWARD,

    Plaintiff,

v.

CLARK E. DUCART,

    Defendant.

Case No.  17-cv-01030-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert M. Steward ID: ID: AX9179  
Pelican Bay State Prison  
P.O. Box 7500  
Crescent City, CA 95532

Dated: March 7, 2017

Susan Y. Soong  
Clerk, United States District Court

By:_____  
Karen Hom, Deputy Clerk to the  
Honorable JOSEPH C. SPERO

2